UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED

JUL 13 2022

MONTEREY

www.cand.uscourts.gov

Mark B. Busby
Acting Clerk of Court

General Court Number
415-522-2000

July 5, 2022

Monterey County Superior Court
240 Church Street
Salinas, CA 93901

RE: Heidi Shake v. Salinasidence Opco, LLC
    21-cv-09806-BLF

Your Case Number: 21cv003654

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please send an acknowledgement of receipt of these documents to felicia_brown@cand.uscourts.gov.

Sincerely,

Mark B. Busby, Clerk of Court

by: Felicia Brown
Case Systems Administrator
415-522-2063

SALINAS-CRIMINAL

RECEIVED

JUL 11 2022

REV. 10/21

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RECEIVED

JUL 2 5 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

US DISTRICT COURT
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-9680

POSTAGE WILL BE PAID BY ADMN OFFICE OF THE US COURTS

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

SAN JOSE CA 950

19 JUL 2022 PM 4 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

